■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BROWN, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the Supreme Court, Kings County (Miller, J.), imposed September 19, 1986.

Ordered that the sentence is affirmed.

Our review of the sentencing proceeding reveals that, con-

trary to the defendant's contention, the court did not increase the sentence because the defendant declined to cooperate with law enforcement authorities on an unrelated matter *(cf., People v Patterson,* 106 AD2d 520). Rather, the defendant chose to forego an opportunity to receive a more lenient sentence, and the court properly proceeded with the sentencing. The term of incarceration imposed was not unduly harsh or excessive, and we decline to reduce it *(see, People v Suitte,* 90 AD2d 80). Mollen, P. J., Lawrence, Kooper, Spatt and Harwood, JJ., concur.